Order entered October 15, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01373-CV

## IN RE JUSTIN LEE ASKEW, Relator

On Appeal from the 204th District Court
Dallas County, Texas
Trial Court Cause No. F05-51334-Q

## ORDER

The Court has before it relator's October 9, 2012 petition for writ of mandamus. The

Court requests that real party in interest, The State of Texas, file a response by October 23, 2012.

JIM MOSELEY
PRESIDING JUSTICE